THE ATCHISON, TOPEKA & SANTA FÉ RAILROAD COMPANY v. J. H. JOHNSON, *as Treasurer of Jefferson Co., et al.*

ACTION by *The Railroad Company*, to recover a certain tax paid by it, under protest, on December 19, 1885, to wit, a tax of $48.17, for road purposes in Osawkee township. At the May Term, 1886, of the district court of Jefferson county, the court sustained the defendants' demurrer to the petition. This ruling the plaintiff company brings here for review.

*Geo. R. Peck, A. A. Hurd,* and *J. G. Egan,* for plaintiff in error.

*Marshall Gephart,* and *W. F. Gilluly,* for defendants in error.

*Per Curiam:* Under the authority of *M. & M. Rly. Co. v. Champlin, Treas.,* 37 Kas. 682, this case will be reversed. We have reëxamined the questions involved, but perceive no reason for changing the decision.

The question of the constitutionality of subdivision 8 of § 22, ch. 110, General Statutes of 1868, was not presented, discussed or decided in *K. C., Ft. S. & G. Rld. Co. v. Tontz, Treas.,* 29 Kas. 460, referred to.

The judgment of the district court will be reversed, and the cause remanded for a new trial.